**FILED**

*November 20, 2015*

**Third Court of Appeals
Jeffrey D. Kyle
Clerk**

Cause No. 03-14-00512-CR

**CRAE ROBERT PEASE**
Appellant



RECEIVED

NOV 2 0 2015

THIRD COURT OF APPEALS
JEFFREY D. KYLE

v.

**THE STATE OF TEXAS**
Appellee

**APPELLANT'S FIFTH MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF**

**TO THE HONORABLE COURT OF APPEALS:**

Crae Robert Pease, Appellant, moves this Court to grant an extension of time to file Appellant's Brief, and respectfully states:

1.    Appellant's Brief  had been extended by this court to a due date of November 16, 2015.  However, he was not able to finalize his appeal to this court by that date.

2.    Appellant, was at all times without assistance of counsel, and it has been difficult for him to write the brief, which is submitted with this Motion.

3.        For these reasons , Crae Robert Pease requests that this court render an order extending the time for filing Appellant's Brief to November 20, 2015.

Crae Robert Pease
6715 Skynook Drive
Austin, Texas 78745
(512) 538-6099

## CERTIFICATE OF CONFERENCE

No attempt was made to confer with William Swaim, attorney for Appellee, as, Appellant believes Mr. Swaim will be relieved that the brief is filed and he would not have an objection.

_____
Crae Robert Pease

## CERTIFICATE OF SERVICE

On November,  2015, a copy of the attached motion for extension of time was sent by email to William Swaim at:

b.swaim@co.travis.tx.us

_____